# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4682
_____

JOSE ANGEL LOPEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari.

May 17, 2018

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Respondent.